# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00636-CR

**Karen Renae O'Neal, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 67357, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant pled guilty to a charge of driving while intoxicated and was sentenced to five years' imprisonment. The trial court has certified that the case was a plea bargain case and that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 8, 2011

Do Not Publish